UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| In the matter of a summons issued with regard to:<br><br>20-015-04 | No. 4:20-mc-06<br><br>**MOTION TO SEAL** |

Regarding Summons No.: ICE-HSI-OF-2020-00088

The United States hereby moves this Court for an order:

1. Permanently sealing the Summons filed in this matter that is not designated as redacted in the caption.

2. Sealing the Application and Order that are not designated as redacted in the caption, as well as the Summons in this matter, designated redacted in the caption, for a period of 90 days, subject to renewal, unless ordered otherwise by the Court.

Dated this 21st day of February, 2020.

RONALD A. PARSONS, JR.
United States Attorney

*Connie Larson for*
Jennifer D. Mammenga
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2361
Facsimile: (605)330-4410
E-Mail: jennifer.mammenga@usdoj.gov

cc: AUSA Hoffman sLo

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the matter of a summons issued with regard to

20-015-04

No. 4-20-mc-06

**ORDER TO SEAL**

Regarding Subpoena No.: ICE-HSI-OF-2020-00088

The United States having moved this Court for an order to seal, and good cause having been shown therefor, it is hereby

ORDERED:

1. That the Summons filed in this matter that is not designated as redacted in the caption, shall be ~~permanently~~ sealed. for 90 days subject to renewal. /VLD/

2. That the Application and Order that are not designated as redacted in the caption, as well as the Summons filed in this matter designated redacted in the caption shall be sealed for a period of 90 days, subject to renewal, unless ordered otherwise by the Court.

3. That the Clerk of this Court shall automatically unseal the Summons filed therein designated redacted in the caption after the passage of 90 days, subject to renewal, unless ordered otherwise by the Court.

4. That the government shall promptly notify this Court when the sealing of the Summons is no longer necessary.

Dated: 2-21-2020

BY THE COURT:

VERONICA L. DUFFY
United States Magistrate Judge